**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

_____

In re                                                                    Chapter 7

Trent Zanes                                                        USBC Case No. 12-12965-BAH

                Debtor
_____

**ORDER REGARDING**
**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER**
**COMPELLING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE**
**PURSUANT TO 11 U.S.C. §§521 AND 542**

Upon consideration of the emergency motion of Michael S. Askenaizer, Chapter 7 Trustee for order directing turn over of property of the estate , good cause appearing, it is therefore

ORDERED as follows:

1.  The motion is granted;

2.  Debtor, Trent Zanes, shall immediately and forthwith pay over to Trustee the sum of $14,696.43.

Dated:  _____

                                                 Bruce A. Harwood,
                                                 Chief United States Bankruptcy Judge

Bms  / Zanes/ Compel Turn Over - ORDER